UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6299**

**CR-FERGUSON**

UNITED STATES OF AMERICA,

MAGISTRATE JUDGE

v.

SNOW

JOSEPH T. PERMENTER,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about June 1, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSEPH T. PERMENTER,**

being a Postal Service employee, did knowingly and willfully embezzle a package addressed to Lisa Gibson, 828 E Las Olas Blvd., Fort Lauderdale, Fl. 33301, which was entrusted to him and which came into his possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1709.

## COUNT II

On or about July 27, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSEPH T. PERMENTER,**



being a Postal Service employee, did knowingly and willfully embezzle a package addressed to Master Robert Wysocki, 601 Flamingo Drive, Fort Lauderdale, Fla. 33301, which was entrusted to him and which came into his possession intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1709.

                                              A TRUE BILL

                                              FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA    CASE NO. _____

v.

JOSEPH T. PERMENTER         **CERTIFICATE OF TRIAL ATTORNEY\***

---

**Superseding Case Information**:

**Court Division**: (Select One)
New Defendant(s)      Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _NO_
   List language and/or dialect ____English____

4. This case will take _1-2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days        _X_    Petty     ___
   II   6 to 10 days       ___    Minor     ___
   III  11 to 20 days      ___    Misdem.   ___
   IV   21 to 60 days      ___    Felony    _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? _
   ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## **PENALTY SHEET**

Defendant's Name: JOSEPH T. PERMENTER          No.: _____

Counts # 1 and 2:

Theft of United States mail by postal employee; in violation of 18 U.S.C. § 1709.

*Max Penalty: 5 years' imprisonment; $250, 000 fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96