## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JOSEPH T. PERMENTER (surrender) | CASE NO: | 00-6299-CR-FERGUSON |
| AUSA: | BERTHA MITRANI /Kay | ATTY: | Daryl Wilcox |
| AGENT: | POSTAL | VIOL: | 18:1709 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | $25,000 PERSONAL SURETY |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | 25,000 PSB | To be cosigned by: | |

FILED by _____ D.C.
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of Charges
Sworn for Counsel

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-13 | / / | SNOW | ✓ |

DATE 10-20-00  TIME: 9:00  FTL/LSS TAPE # 00 -  Begin: 2534  End: 2801