FILED by ___ D.C.
NOV 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)   Tape No. _____

DEFT __JOSEPH T. PERMENTER_____ CASE NO: __00-6299-CR-FERGUSON__
AUSA __BERTHA MITRANI by Roger Powell__ ATTY __FPD by Tim Day__

- Discovery out
- 2 Day to Try
- Probable Change of Plea

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __11-13-00_____ TIME __11:00_____