UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6299-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,

v.

JOSEPH T. PERMENTER,

Defendant.
_____/

## UNITED STATES' FIRST SUPPLEMENTAL

## RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery

Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure

16, and is numbered to correspond with Local Rule 88.10.

    A2.    The substance of oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent which the government intends to use at trial has been provided to defense counsel together with this discovery response.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: _____
    Bertha R. Mitrani
    Assistant United States Attorney
    Florida Bar No. 88171
    500 East Broward Boulevard
    Fort Lauderdale, Florida 33394
    Tel: 954/ 356-7255
    Fax: 954/356-7336

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by facsimile 954/356-7556 and United States mail on November 15, 2000 to

Timothy Day

Assistant Federal Public Defender

Office of the Federal Public Defender

101 N.E. 3rd Avenue; Ste 202

Fort Lauderdale, Florida 33301

                                                       Bertha R. Mitrani
                                                       Assistant United States Attorney

## MEMORANDUM OF INTERVIEW

| | |
|---|---|
| PERSON INTERVIEWED: | Joseph Permenter |
| PLACE OF INTERVIEW: | Postal Inspector's Office<br>3400 Lakeside Dr 6th Fl<br>Miramar, FL |
| DATE OF INTERVIEW: | July 27, 2000 |
| TIME OF INTERVIEW: | 11:15 AM TO 11:47 AM |
| PERSONS PRESENT: | Mark Applewhaite, Postal Inspector<br>Luis Abreu, Postal Inspector |

Joseph Permenter was interviewed regarding a first class letter addressed to: Master Robert Wysocki, 601 Flamingo Drive, Fort Lauderdale, FL, 33301. This letter came into his possession on July 27, 2000, while he was processing mail in Alridge Station, Fort Lauderdale, FL. Prior to the interview Permenter was advised of his Constitutional Rights verbally and in writing via PS Form 1067, Warning and Waiver of Rights. Permenter stated that he reported to work at 8:00 AM, his duties were to process 'No Such Number' mail. He said he went to the carrier case for route 108 and picked up nixie mail from the carrier on that route, he took the mail to an office in the station and began to work. Nixie mail is mail that is undeliverable as addressed, there can be several reasons why it is undeliverable, one of the reasons is the address number is a non-existent number, this mail is known as 'No Such Number' mail.

Mr. Permenter said that as he was stamping the nixie mail as 'Unknown' or ' No Such Number' he came across the letter described above and started to feel it, he said he became curious of it because it felt like money. Permenter stated he opened the envelope and saw that money was in it, he counted the money while it was in the envelope, Permenter said there was $160.00 in the envelope. He said he taped up the back of the envelope with red, white, and blue tape. He then resumed processing more of the nixie mail.

Mr. Permenter stated that after a short time he took the envelope with the money to his car and placed it under the floor mat, he then returned to the office. He said he didn't want to take the money but needed it to pay bills and that he was taking care of his sister and aunt. Permenter said that he clocked out to end his workday after 10:00 AM.

Permenter said he did take another piece of mail a couple of weeks prior. He said the letter was addressed to a 'no such number' on his route, he saw through the letter and saw it was money, he said it contained $40.00. Permenter said he opened the letter at home, he said it contained a card in addition to the money. Joseph Permenter stated he stole mail only on the two occasions described above.

Mark Applewhaite
Postal Inspector

Prepared November 8, 2000