UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6299-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

JOSEPH T. PERMENTER, :

    Defendant. :
_____

FILED by ___ D.C.
NOV 17 2000

## STATUS REPORT

A status conference was held in this cause on November 13, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 17th day of November, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
AFPD Tim Day (FTL)

