SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by
MAR 20 200_

CASE # _00-6299-CR-W___

DEFENDANT _Joseph Leementer_    JUDGE    WILKIE D. FERGUSON

Deputy Clerk _TROY T. WALKER_    DATE _March 16, 2001_

Court Reporter _Paul Haferling_ _Quynn Dickstaste_    USPO _D. Pratt_

AUSA _Bertha Mitrani_    Deft's Counsel _Tim Day, FPD_

COUNTS DISMISSED ___All Others___
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM /PM

JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts        _Right to Appeal_

_____  _____  _____
_____  _____  _____
_____  _____  _____

Supervised Release _____

Probation    Years _2_    Months ___    Counts _2_

Comments _See PSC for details (120 days)_

Assessment $ _100.00_    Fine $ _none_

Restitution /Other _____

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____