# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JOSEPH T. PERMENTER, (J) 55506-004 | Case Number: **0:00CR06299-001** |
| | Bertha R. Mitrani, AUSA / Timothy Day, AFPD |

**THE DEFENDANT:**

Defendant's Attorney

☒ pleaded guilty to count(s)  **Two of the Indictment on January 3, 2001**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1709 | Theft of mail by a postal employee | 07/27/2000 | 2 |

FILED by _____ D.C.

MAR 20 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) __N/A__

☒ Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 | 03/16/2001 |
|---|---|---|
| Defendant's Date of Birth: | 10/30/1959 | Date of Imposition of Judgment |
| Defendant's USM No.: | 55506-004 | |

Defendant's Residence Address:

**317 N.W. 3rd Street**

Signature of Judicial Officer

**Derfield Beach       FL       33441**

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

Defendant's Mailing Address:

**317 N.W. 3rd Street**

03/20/01

**Derfield Beach       FL       33441**

Date

19



No action required by Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Ed Purchase SDUSM