# United States District Court

**for**

**SOUTHERN DISTRICT OF FLORIDA**

**Petition for Summons for Offender Under Supervision**

Name of Offender: Joseph T. Permenter  Case Number: 00-6299-CR-Ferguson

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., United States District Court Judge, Fort Lauderdale, Florida

Date of Original Sentence: March 16, 2001

Original Offense:  Theft of Mail by a Postal Employee, in violation of Title 18, U.S.C. § 1709, a Class "D" felony.

Original Sentence:  Three (3) years probation with Special Conditions: (1) 120 days home confinement/electronic monitoring program; (2) deft shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the United States Probation Officer; (3) deft shall file accurate income tax returns and pay all taxes, interests, and penalties due and owing by him to the Internal Revenue Service.

Type of Supervision: Probation   Date Supervision Commenced: March 16, 2001

Assistant U.S. Attorney:   Defense Attorney:
Bertha Matrani    Timothy Day

## PETITIONING THE COURT

[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1.  **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about March 16, March 19, March 23, and April 9, 2001, the probationer submitted urine specimens, which tested positive for the presence of Cocaine in our local laboratory. The urine specimens were confirmed positive by PharmChem Laboratories, Inc.



U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
[]   revoked.
[]   extended for _ years, for a total term of _ years.

[X]  The conditions of supervision should be modified as follows:

"120 DAYS IN A COMMUNITY SANCTION CENTER.

by Respectfully submitted,

David L. Sutherland
DLS:cal        U.S. Probation Officer
Phone: (954) 769-5512
Date: April 11, 2001

Reviewed by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

6/19/01
_____
Date