## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JOSEPH PERMENTER (summons) | CASE NO: | 00-6299-CR-FERGUSON |
| AUSA: | DUTY | ATTY: | Donny Thurston - ret. |
| AGENT: | USPO DAVID SUTHERLAND | VIOL: | PROBATION VIOLATION  767-6400 |
| PROCEEDING: | I/A ON VIOLATION | RECOMMENDED BOND: | PERSONAL SURETY |
| BOND HEARING HELD - yes / (no) | | COUNSEL APPOINTED: | 25,000 PSB |
| BOND SET @: 25,000 PSB | | To be cosigned by: | |

FILED by ___ D.C.
JUL 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person. USPO
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Advised of charges

follow all lawful instructions by USPO

final hrg to be set before judge Ferguson

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 7/16/01   TIME: 11:00   FTL/LSS TAPE # 01 - 035   Begin: 384   End: 425