-cr-06299-WDF    Document 23    Entered on FLSD Docket 07/18/2001

FILED by _____ D.C.
JUL 17 2001
CLARENCE MADDOX
CLERK U S DIST. CT.
S.D. OF FLA FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55506-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-6299-CR-WDF
                           )   REPORT COMMENCING CRIMINAL
       -vs-                )   ACTION
                           )
JOSEPH T. PERMENTER        )
         Defendant

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: SELF SURR  7-16-01  am/pm

(2)  Language Spoken: ENGLISH

(3)  Offense(s) Charged: PROBATION VIOLATION

(4)  U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: 10-30-59

(6)  Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case#

     [ ] Bench Warrant for Failure to Appear
     [X] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [ ] YES

Amount of Bond: $
Who Set Bond:

(7)  Remarks:

(8)  Date: 7-16-01       (9) Arresting Officer:

(10) Agency: USPO                (11) Phone:

(12) Comments: