**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



UNITED STATES OF AMERICA                      Case No. 00-6299-CR-FERGUSON

    Plaintiff(s)

vs.

JOSEPH PERMENTER,

    Defendant(s).
_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **FINAL PROBATION REVOCATION** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on September 21, 2001 at 9:30 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___1st___ day of August 2001

                                                  DELORIS MCINTOSH
                                                  DEPUTY CLERK

copies provided:
Bertha Mitrani, AUSA
Tim Day, AFPD
USM

