**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6299-CR-WDF__   Date: __September 21, 2001__

Clerk: __Deloris McIntosh__   Reporter: __Stephen Franklin__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __JOSEPH PERMENTER (B)__

AUSA: __Bertha Mitrani__

Defendant(s) Counsel: __Perry Thurston, Esq.,__

Defendant(s) Present __X__ Not Present _____ In Custody _____

Reason for hearing: __VIOLATION OF PROBATION HEARING__

Result of hearing: Defendants admits violation; Probation modified; two years Added to probation term; Court Recommends 4 months Residential drug treatment program

Case Continued to: _____ Time: _____ P.M. _____

