UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CASE NO.: 00-6299 FERGUSON

JOSEPH PERMENTER,

    Defendant.
_____/

### NOTICE OF APPEARANCE

Perry E. Thurston, Jr., Attorney at Law, hereby files this Notice of Appearance in the above-captioned cause.

Dated this ___ day of September, 2001.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by Hand Delivery/U.S. Mail to the Office of the United States Attorney, Bertha Mitrani, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, on this ___ day of September, 2001.

    PERRY E. THURSTON, JR., ESQUIRE
    Attorney for Joseph Permenter
    1236 Southeast Fourth Avenue
    Fort Lauderdale, FL 33316
    Telephone: (954) 767-6400
    Facsimile: (954) 767-0671