UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
      Plaintiff
Vs.  Case No. 00-6299-CR-FERGUSON

JOSEPH PERMENTER (B)
      Defendant
_____/

FILED by ___ D.C.
SEP 26 2001

### JUDGMENT & COMMITMENT UPON VIOLATION OF PROBATION

On March 26, 2001, sentence of confinement was withheld or suspended by the United States District Court for the Southern District of Florida, thereby placing the above-named defendant on probation pursuant to the Act of March 4, 1925. The defendant was brought before this Court for a hearing upon petition of the Probation Officer alleging violations of the conditions of probation.

On September 21, 2001, the defendant Joseph Permenter, admitted guilt to the violations of the petition after being fully informed of his rights. After advising the defendant of his rights the Court accepted such admissions to violating the conditions of his probation. Therefore, it is

**ORDERED AND ADJUDGED** that the probationary period imposed by the Court be and the same is hereby ***EXTENDED for an additional two (2) years***. As a condition of the extended probationary period, the defendant shall successfully compete a four (4) month residential drug treatment program.

DONE AND ORDERED at Fort Lauderdale, Florida this 26th day of September 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc: Bertha Mitrani, AUSA
    Perry Thurston, Esq.,
    Probation (1 cert.)
    Marshal (2 cert.)