PROB 12C                                          SD/FL PACTS No. 65890
(SD/FL 9/96)    PERMENTER, Joseph T.

# United States District Court

### for

## SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant for Offender Under Supervision

Name of offender: Joseph T. Permenter          Case Number: 00-6299-CR-Ferguson

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U.S. District Court
Judge, Fort Lauderdale, Florida

Date of Original Sentence: March 16, 2001

Original Offense:      Theft of Mail by a Postal Employee, in violation of Title 18, U.S.C.
                       § 1709, a Class "D" felony.

Original Sentence:     Three years probation.
                       Special Conditions: (1) 120 days Home Confinement/Electronic Monitoring
                       Program; (2) deft shall participate in an approved treatment program for drug
                       and/or alcohol abuse as directed by the U.S. Probation Officer; (3) deft
                       shall file accurate income tax returns and pay all taxes, interest, and penalties
                       due and owing by him to the Internal Revenue Service. 9/21/2001: At violation
                       hearing, probation modified and extended two years. Court ordered to attend
                       a four month residential drug treatment program.

Type of Supervision: Probation          Date Supervision Commenced: March 16, 2001

Assistant U.S. Attorney:                Defense Attorney:
Bertha Mitrani                          Perry Thurston

## PETITIONING THE COURT

[X]    To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of
supervision:



**PROB 12C**                                                    **SD/FL PACTS No. 65890**
**(SD/FL 9/96)    PERMENTER, Joseph T.**

Violation                    Nature of Noncompliance
Number

1.                           **VIOLATION OF MANDATORY CONDITION, by unlawfully
                             possessing or using a controlled substance.** On or about April 17,
                             June 8, June 11, June 18, June 25, July 2, August 20, August 27, and
                             September 10, 2001, the probationer submitted urine specimens, which
                             tested positive for the presence of Cocaine in our local laboratory. The
                             urine specimens were confirmed positive by PharmChem Laboratories,
                             Incorporated.

2.                           **VIOLATION OF SPECIAL CONDITION, by failing to participate
                             in an approved treatment program.** In that, on October 8, 2001, the
                             probationer was to report for residential drug treatment at Spectrum
                             Programs, Incorporated, and to date, he has failed to comply with the
                             Court's order.

U.S. Probation Officer Recommendation:

        [X]    The term of supervision should be
        [X]    revoked.

                                                   Respectfully submitted,

                                    by

                                                   David L. Sutherland
                                                   U.S. Probation Officer
                                                   Phone: (954) 769-5512
                                                   Date: October 11, 2001

**Reviewed by:**
        **Carolyn M. Gamble, Supervising
        U.S. Probation Officer**

THE COURT ORDERS:

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision

                             _____
                             Signature of Judicial Officer

                             10/17/01
                             _____
                             Date