PROB 19

# UNITED STATES DISTRICT COURT

for

### SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs **JOSEPH T. PERMENTER**

TO:[1] **ANY U.S. MARSHAL OR AUTHORIZED REPRESENTATIVE**

Docket No. 00-6299-CR-Ferguson
SD/FL PACTS No. 65890

*Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida*
By _____ Deputy Clerk
Date OCT 1 9 2001

| WARRANT FOR ARREST OF PROBATIONER ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. ||||
| NAME OF PROBATIONER<br>Joseph T. Permenter | SEX<br>Male | RACE<br>Black | AGE<br>41 |
| ADDRESS (STREET, CITY, STATE)<br>317 NW 3rd Street<br>Deerfield Beach, FL 33441 ||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA | DATE IMPOSED<br>3/16/2001 |||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>FORT LAUDERDALE, FLORIDA ||||
| CLERK<br>**Clarence Maddox** | (BY) DEPUTY CLERK | DATE<br>OCT 1 9 2001 ||

| RETURN |||
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
| | | |
| NAME | (BY) | DATE |

