FILED by ___ D.C.
INTAKE
NOV 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 5506-004

UNITED STATES OF AMERICA )
       Plaintiff ) Case Number: CR 00-6299-CR-WPD
           ) REPORT COMMENCING CRIMINAL
   -vs- )        ACTION
           )
JOSEPH PERMENTER )
       Defendant
*********************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 11-02-01 _____ am/pm

(2)  Language Spoken: ENGLISH

(3)  Offense(s) Charged: PROBATION VIOLATION

(4)  U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 10-30-59

(6)  Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [X] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 11-02-01   (9) Arresting Officer: _____

(10) Agency: USMS   (11) Phone: _____

(12) Comments: _____