# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: JOSEPH PERMENTER (J)# _Regul Conceal_　　CASE NO: 00-6299-CR-Ferguson

AUSA: Bertha Mitrani　　ATTY: _____

AGENT: USPO: David Sutherland　　VIOL: Violation of Probation

PROCEEDING: Initial Appearance　　RECOMMENDED BOND: _No Bond_

BOND HEARING HELD - yes / no　　COUNSEL APPOINTED: _____

BOND SET @: _____　　To be cosigned by: _____

FILED by _____ D.C.
INTAKE
NOV — 2001
CLAREN___ _____
CLERK U.S. DIST. CT.
S.D. OF FLA.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Handwritten notes:
X1 - Advised of Charges
X1 - Will hire
(Atty. Perry 767-_400 Thurston)
USPO Steve Eastwood present
Bond hrg deferred until Atty. speaks to △

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 11-6-01 | 11:00am | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: _Probable Cause_ | | | | |
| STATUS CONFERENCE: | 11-6-01 | 11:00am | BSS | |

DATE: 11-2-01　　TIME: 11:00am　　TAPE # 01-084　　Begin: 2152　　End: 2608

33