# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOSEPH PERMENTER (J)     CASE NO: 00-6299-CR-FERGUSON

AUSA: BERTHA MITRANI /Thaler     ATTY: PERRY THURSTON  *present*

AGENT: USPO DAVID SUTHERLAND     VIOL: PROBATION VIOLATION

PROCEEDING: *Probable Cause*     RECOMMENDED BOND: NO BOND

BOND HEARING HELD - yes / no     COUNSEL APPOINTED: _____

BOND SET @: _____     To be cosigned by: _____

*FILED by ___ D.C.*
*NOV - 6 2001*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

*Waiver of probable cause hearing executed in open court*

*final hrg to be set before judge Ferguson*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 11/6/01    TIME: 11:00    FTL/LSS TAPE # 01 - 047    Begin: 852    End: 929

35