UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6299-CR-FERGUSON

UNITED STATES OF AMERICA

v.

JOSEPH PERMENTER

*FILED by __ D.C.*
*NOV - 6 2001*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT.L*

WAIVER OF PROBABLE CAUSE EXAMINATION

The defendant having been advised of the right to a probable cause hearing, and the defendant having refused and waived such hearing, the defendant now signs this Waiver of Probable Cause Examination.

DATED: 11-6-01

_____
Joseph T. Permenter
Defendant

MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a probable cause hearing within 10 days from the defendant's initial appearance has stated he refused and waived such hearing and signed the foregoing Waiver of Probable Cause Examination.

IT IS ORDERED that a probable cause examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court.

DATED: 11-6-01

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE