PROB 12C  
(SD/FL 9/96)   PERMENTER, Joseph T.

SD/FL PACTS No. 65890

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

Petition for Superceding Warrant for Offender Under Supervision

Name of Offender: Joseph T. Permenter   Case Number: 00-6299-CR-Ferguson

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U.S. District Court Judge, Fort Lauderdale, Florida

Date of Original Sentence: March 16, 2001

| | |
|---|---|
| Original Offense: | Theft of Mail by a Postal Employee, in violation of Title 18, U.S.C. § 1709, a Class "D" felony. |
| Original Sentence: | Three years probation. Special Conditions: (1) 120 days Home Confinement/Electronic Monitoring Program; (2) deft shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer; (3) deft shall file accurate income tax returns and pay all taxes, interest, and penalties due and owing by him to the Internal Revenue Service. 9/21/2001: At violation hearing, probation modified and extended two years. Court ordered to attend a four month residential drug treatment program. |

Type of Supervision: Probation   Date Supervision Commenced: March 16, 2001

Assistant U.S. Attorney:   Defense Attorney:  
Bertha Mitrani   Perry Thurston

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about April 17, June 8, June 11, June 18, June 25, July 2, August 20, August 27, September 10, October 2, October 10, and October 17, 2001, the probationer submitted urine specimens, which tested positive for the |




PROB 12C  
(SD/FL 9/96)   PERMENTER, Joseph T.

SD/FL PACTS No. 65890

> presence of Cocaine in our local laboratory. The urine specimens were confirmed positive by PharmChem Laboratories, Incorporated.

2. **VIOLATION OF SPECIAL CONDITION, by failing to participate in an approved treatment program.** In that, on October 8, 2001, the probationer was to report for residential drug treatment at Spectrum Programs, Incorporated, and to date, he has failed to comply with the Court's order.

3. **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing a controlled substance.** On or about November 2, 2001, the probationer possessed Marijuana as evidenced by his arrest by the U.S. Marshal Service on November 2, 2001.

4. **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing a controlled substance.** On or about November 2, 2001, the probationer possessed Cocaine as evidenced by his arrest by the U.S. Marshal Service on November 2, 2001.

U.S. Probation Officer Recommendation:

   [X]   The term of supervision should be  
   [X]   revoked.

Respectfully submitted,

by  

David L. Sutherland  
U.S. Probation Officer  
Phone: (954) 769-5512  
Date: November 8, 2001

Reviewed by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

11-16-01  
_____  
Date