## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOSEPH PARMENTER (J) *Lanigan*     CASE NO: 00-6299-CR-FERGUSON
AUSA: BERTHA MITRANI     ATTY: PERRY THURSTON
AGENT: USPO DAVID SUTHERLAND     VIOL: SUPERVISED RELEASE
PROCEEDING: I/A ON VIOLATION     RECOMMENDED BOND:
BOND HEARING HELD - yes / no     COUNSEL APPOINTED:
BOND SET @:     To be cosigned by:

FILED by _____ D.C.
DEC 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF F.A FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____.
- ❏ Travel extended to: _____.
- ❏ Halfway House _____.

*Advised of charges & mandeal petition*

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:     PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: *Probable Cause*
PRELIM/ARRAIGN. OR REMOVAL: 12/19    11    BSS
STATUS CONFERENCE:

DATE: 12/5/01    TIME: 11:00    FTL/LSS TAPE # 01 - 052    Begin: 2240    End: 2381