UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6299-CR-

UNITED STATES OF AMERICA

v.

Joseph Fernandez

FILED by INTAKE D.C.
DEC 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary Examination.

DATED: 12-19-01　　_____
　　　　　　　　　　　　　DEFENDANT

### MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised of the right to a preliminary examination within __10__ days from the defendant's initial appearance has stated he/~~she~~ refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U.S. District Court.

DATED: 12-19-01　　_____
　　　　　　　　　　　BARRY S. SELTZER
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE