# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: JOSEPH PARMENTER (J)#   CASE NO: 00-6299-CR-Ferguson
AUSA: Bertha Mitrani / Chase   ATTY: Perry Thurston  *present*
AGENT: _____   VIOL: _____
PROCEEDING: Probable Cause   RECOMMENDED BOND: _____
BOND HEARING HELD - yes / no   COUNSEL APPOINTED: _____
BOND SET @: _____   To be cosigned by: _____

FILED by ___ D.C.
INTAKE
DEC 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

*X found probable cause [illegible]*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

*X Final arraignment [illegible] before Judge Ferguson*

DATE: 12-19-01   TIME: 11:00am   TAPE # 01- C0/5   Begin: 3242   End: 3439