UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA            Case No. 00-6299-CR-FERGUSON

    Plaintiff(s)

vs.

JOSEPH PERMENTER (J)

    Defendant(s).
_____/

NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-styled Cause has been set for a **VIOLATION OF SUPERVISED RELEASE** hearing before the undersigned at the United States District Court, 299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on January 30, 2002 at 9:00 A.M. Thirty (30) minutes have been reserved for this matter.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this 3rd day of January 2002.

_____
KAREN GARDNER
DEPUTY CLERK

copies provided:
Bertha Mitrani, AUSA
Perry Thurston, Esq.,

