# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
JAN 31 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6299-CR-FERGUSON__    Date: __January 31, 2002__

Clerk: __Karen Gardner__    Reporter: _____

USPO: _____    Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __JOSEPH PERMENTER (J)__

AUSA: __Bertha Mitrani__

Defendant(s) Counsel: __, Perry Thurston, Esq.,__

Defendant(s) Present __X__ Not Present _____ In Custody __X__

Reason for hearing: **VIOLATION OF PROBATION**

Result of hearing: __Revoked Probation. Defendant Sentenced 15 months B.O.P.__

Case Continued to: _____ Time: _____ P.M. _____