SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 31 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6299-CR-WDF

DEFENDANT  JOSEPH PERMENTER (J)          JUDGE    WILKIE D. FERGUSON JR.,

Deputy Clerk    Karen Gardner            DATE    January 31, 2002

Court Reporter   Anita Larocca           USPO _____

AUSA   Bertha Mitrani                    Deft's Counsel  Perry Thurston, Esq.,

COUNTS DISMISSED _____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

**JUDGMENT AND SENTENCE**

(Imprisonment) ✓

| | Years | Months | Counts |
|---|---|---|---|
| | | 15 | |

Supervised Release _____
Probation     Years     Months     Counts

Comments:  Credit for time since Nov 2nd, 2001.

SPECIAL CONDITIONS:  300/hr drug treatment program.

Assessment $ _____           Fine $ _____

Restitution /Other _____

  X   Remanded to the Custody of the U. S. Marshal Service  ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____

