FILED by _____ D.C.

JAN 3 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
       Plaintiff,

Vs.                                  Case No. 00-6299-CR-FERGUSON

JOSEPH PERMENTER
       Defendant.
_____/

## JUDGMENT AND COMMITMENT UPON REVOCATION OF PROBATION

On March 16, 2001 the defendant was sentenced to Three (3) years probation. The defendant having now been duly brought before the court for a hearing upon a petition of the Probation Officer for revocation, it is found that he has violated conditions of his supervised release term. It is therefore,

**ORDERED AND ADJUDGED** that the defendant's term of probation is hereby **_Revoked_** and that the defendant shall be committed to the custody of the Bureau of Prison for a period of FIFTEEN (15) MONTHS.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 31st day of January 2002.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

cc: Bertha Mitrani, AUSA, Perry Thurston, Esq. ~~Timothy Day, AFPD~~., USPO, U.S. Marshal Service